**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN IBARRA,<br><br>    Petitioner,<br><br>    v.<br><br>RAUL LOPEZ, Acting Warden,<br><br>    Respondent. | ) NO. CV 10-09085 SVW (SS)<br>)<br>)<br>)<br>)      **JUDGMENT**<br>)<br>)<br>)<br>) |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

   DATED: January 27, 2011

                _____
                STEPHEN V. WILSON
                UNITED STATES DISTRICT JUDGE